## MARTINEZ v. STATE.

(Court of Criminal Appeals of Texas. March 27, 1912.)

CRIMINAL LAW (§ 1090*) — APPEAL — MOTION FOR NEW TRIAL—REVIEW—ABSENCE OF EVIDENCE.

Grounds of a motion for a new trial cannot be considered on appeal, in the absence of a statement of facts or bill of exceptions.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2803–2861, 2919, 3204; Dec. Dig. § 1090.*]

Appeal from District Court, Howard County; James L. Shepherd, Judge.

Rafael Martinez was convicted of burglary, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of burglary; his punishment being assessed at two years confinement in the penitentiary.

The record is before us without a state-

ment of facts or bills of exception. The grounds of the motion for new trial cannot be considered, in the absence of the evidence.

The judgment is affirmed.